**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 23 2016
JULIA C. DUDLEY, CLERK
BY: s/M. Hupp
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 4:16mj9
The residence of David CAMPOS-Luebano )
Located at: 1665 Hollywood Rd, Chatham, Virginia in the )
County of Pittsylvania )

## AMENDED SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Western__ District of __Virginia__
*(identify the person or describe the property to be searched and give its location)*:

1665 Hollywood Rd, Chatham, Virginia. The residence is described as a double-wide mobile home with light gray wooden siding and a wooden front porch.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __Aug. 17, 2016__
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10 p.m.  ☒ at any time in the day or night as I find reasonable cause has been established.
8/12/2016                                    8/12/2016

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __Robert S Ballou__
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __Aug. 3, 2016  3:05 p.m.__           __Robert S Ballou__
                                                              Judge's signature

City and state: __Roanoke, Virginia__           Honorable Robert Ballou
                                                 United States Magistrate Judge
                                                 *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 4:16 MJ 9 | Date and time warrant executed: 08/15/2016 8:00 P.M. | Copy of warrant and inventory left with: at: 1665 Hollywood Rd., Chatham, Virginia |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

See Attached DEA-12
(Receipt for Cash or other Items)

Received in Chambers
by electronic mail
August 23, 2016
at 1:48 PM
Hon. Robert S. Ballou
United States Magistrate

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/15/2016

*Jason Thompson*
Executing officer's signature

Jason Thompson, DEA Special Agent
Printed name and title

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
DAVID CAMPOS-LUEBANO
1665 Hollywood Rd
Chatham, VA

**FILE NO.:** KR-15-0022
**G-DEP IDENTIFIER:**
**FILE TITLE:**
**DATE:** 8/13/16

**DIVISION/DISTRICT OFFICE:** DEA Roanoke

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| (1) | MISC USC - UNDETERMINED AMOUNT (FROM MASTER BEDROOM / RS/CS) | |
| (1) | MISC DOCUMENTS / WIRE $ TRANSFERS (RS / FROM TOP DRESSER DRAWER MSTR B/R) | |
| (1) | GLOCK MOD 30 45ACP w/ MAGAZINE AND AMMO SER# XRK601 - TOP DRAWER NIGHT STAND MSTR B/R (RS) | |
| (1) | S&W MOD SW9VE 9mm w/ MAGAZINE & AMMO SER# DYF1515 - TOP DRAWER NIGHT STAND MSTR B/R (RS) | |
| (1) | TAURUS MOD 85UL 38 SPECIAL SER# JO38654 w/ AMMO - TOP DRAWER NIGHT STAND MSTR B/R (RS) | |

**RECEIVED BY (Signature):**
**NAME AND TITLE (Print or Type):** NOTHING FURTHER
**WITNESSED BY (Signature):**
**NAME AND TITLE (Print or Type):**

FORM DEA-12 (8-02) *Previous editions obsolete*      Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
David Campos-Luebano
1665 Hollywood Road
Chatham, VA

**FILE NO.:** KR-15-0022
**G-DEP IDENTIFIER:**
**FILE TITLE:**
**DATE:** 8/13/16

**DIVISION/DISTRICT OFFICE:** DEA Roanoke

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| (1) | WINCHESTER MOD 370 / 12 GA. SER# C247229 CLOSET MSTR B/R (RS) | |
| (1) | DPMS .308 RIFLE SER# 163230 (AR-15) "LR-308" W/MAGAZINE & AMMO - FROM WALL IN MSTR B/R (RS) | |
| (1) | EASTFIELD MOD 916-A (SMITH & WESSON) 12 GA SER# 1B4372 - MSTR B/R CLOSET (RS) W/AMMO | |
| (1) | MOSSBERG 22 LR SEMI AUTO RIFLE MOD 715T SER# ELB3341568 W/SCOPE/SLING/MAGAZINE/AMMO - FROM MSTR B/R CLOSET (RS) | |
| | NOTHING FURTHER | |

**RECEIVED BY (Signature):**
**NAME AND TITLE (Print or Type):**
**WITNESSED BY (Signature):**
**NAME AND TITLE (Print or Type):**

FORM DEA-12 (8-02) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
DAVID CAMPOS-LUEBANO

**FILE NO.** KR-15-0022

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 8/13/16

**DIVISION/DISTRICT OFFICE** DEA ROANOKE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) AND WT | PURPOSE (If Applicable) |
|---|---|---|
| (1) | ZIPLOCK BAGGIE W/ YELL CAPSULES UNK AMT SAFE/CLOSET MSTR B/R (RS) | TABLETS UNK AMT |
| (1) | (2) PLAS BAGGIES W/ MARIJ — SAFE/CLOSET MSTR B/R (RS) | |
| (1) | (2) PLAS BAGGIES W/ CRYSTAL CHUNKED PWDR — SAFE CLOSET MSTR B/R (RS) | |
| (1) | ASSORTED BLUE/GREEN/PINK TABLETS — COUNTER TOP IN KITCHEN (RS) | |

NOTHING FURTHER

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version